# Report and Order Terminating Supervised Release
# Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT

### FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No.:  6:12MJ00066-001 MJS |
| v. ) | |
| ) | |
| Jose Calixto-Quezeda ) | |
| ) | |
| ) | |

On February 12, 2013, the above-named commenced Probation for a period of 2 years. Supervision is scheduled to terminate on February 11, 2015.

The supervisee has complied with the rules and regulations of Probation, including completion of location monitoring and driving under the influence course, and is no longer in need of supervision.  Assistant United States Attorney, Legal Officer, Susan St. Vincent, does not oppose early termination.  It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Sarah Kirk

Sarah Kirk
United States Probation Officer

Dated:    November 4, 2014
          Fresno, California
          SK

                /s/ Tim Mechem
**REVIEWED BY:**    **Tim Mechem**
                **Supervising United States Probation Officer**

1

**Re:** **Jose Calixto-Quezeda**
  **Docket No: 6:12MJ00066-001 MJS**
  **Report and Order Terminating Supervised Release**
  **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Jose Calixto-Quezeda be discharged from Probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:  November 10, 2014            /s/ *Michael J. Seng*
                                                                    UNITED STATES MAGISTRATE JUDGE